MEMORANDUM OPINION


No. 04-04-00141-CR

No. 04-04-00143-CR


Mike BARRO,

Appellant


v.


The STATE of Texas,

Appellee


From the 218th Judicial District Court, Atascosa County, Texas

Trial Court Nos. 02-03-0098-CRA & 02-03-00100-CRA

Honorable Donna S. Rayes, Judge Presiding


PER CURIAM

 

Sitting: Alma L. López, Chief Justice

 Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice 



Delivered and Filed: March 31, 2004


DISMISSED


 The appellant has filed motions to dismiss these appeals. The motions are granted, and the
appeals are dismissed. See Tex. R. App. P. 42.2(a). 


 PER CURIAM

DO NOT PUBLISH